# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

BILLY WHITEHEAD,
ADC # 600614                                                                    PLAINTIFF

v.                      No. 2:14-cv-48-DPM-JJV

DEBRA HORTON, LPN, Health Services;
RAY GRUFF, Deputy Director, ADC, a/k/a
Ray Griffith; RAY GRIFFITH, Deputy
Director, ADC; JAMES SIMMONS, Doctor,
EARU, ADC; OBI, Doctor, EARU, ADC                                               DEFENDANTS

## ORDER

Opposed recommendation, № 7, adopted as supplemented. FED. R. CIV. P. 72(b)(3). Whitehead also says that Campbell, who is not listed as a defendant, knew of the trouble he was having with his finger, № 5 at 5; but Whitehead doesn't allege that Campbell was personally involved with his treatment. Whitehead's claims against Horton, Griffith, Obi, and Campbell are dismissed without prejudice for failure to state a claim. Whitehead's deliberate-indifference claim against Simmons remains. Ray Griffith and Ray Gruff are the same person. The Court therefore directs the Clerk to terminate Ray Gruff as a defendant. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

-2-

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

19 June 2014