**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BILLY WHITEHEAD                                                                                           PLAINTIFF
ADC # 600614

v.                                            2:14CV00048-DPM-JJV

DEBRA HORTON, *et al.*                                                                              DEFENDANTS

## ORDER

On December 9, 2014, Defendant James Simmons answered Plaintiff's Amended Complaint (Doc. No. 5) by filing a Combined Motion to Dismiss and Answer to Complaint. (Doc. No. 18). To date, Plaintiff has not responded. The Court will allow Plaintiff an additional **fourteen (14) days** from the date of this Order's entry to file his response to Defendant Simmons's Motion. If Plaintiff elects not to submit a response within that deadline, the Court will rule on the Motion as it stands.

IT IS SO ORDERED this 7th day of January, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE