# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BILLY WHITEHEAD**
**ADC #600614**                                                                 **PLAINTIFF**

v.                          No. 2:14-cv-48-DPM-JJV

**JAMES SIMMONS, Doctor,**
**EARU, ADC**                                                                   **DEFENDANT**

## ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Dr. Simmons's motion to dismiss, which is part of № 18, is denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 March 2015