IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY WHITEHEAD
ADC #600614                                                                        PLAINTIFF

v.                              No. 2:14-cv-48-DPM-JJV

JAMES SIMMONS, Doctor,
EARU, ADC                                                                          DEFENDANT

## ORDER

Unopposed recommendation, № 37, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Dr. Simmons's motion for summary judgment, № 33, is granted. Whitehead's deliberate-indifference claim against Simmons will be dismissed with prejudice. An *in forma pauperis* appeal of this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2015