IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY WHITEHEAD
ADC #600614                                                                           PLAINTIFF

v.                              No. 2:14-cv-48-DPM

DEBRA HORTON, LPN, Health Services;
RAY GRIFFITH, Deputy Director, ADC, also
sued as Ray Gruff; JAMES SIMMONS,
Doctor, EARU, ADC; and OBI, Doctor, EARU, ADC        DEFENDANTS

## JUDGMENT

1. Whitehead's claims against Horton, Griffith, and Obi are dismissed without prejudice for failure to state a claim.

2. Whitehead's deliberate-indifference claim against Simmons is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2015